UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMARCUS KENARD JOE (TDCJ No. 1047716), | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:15-cv-3303-B-BN |
| GARY FITZSIMMONS, | § § | (Consolidated With: No. 3:15-cv-3379-B-BN) |
| Respondent. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Petitioner. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

DATE: JANUARY 21, 2016

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-